Opinion by JOHNSON, J.  In accordance with stipulation of counsel that the merchandise consists of wall plaques similar in all material respects to those the subject of *Ross Products, Inc.* v. *United States* (43 Cust. Ct. 74, C.D. 2106), the claim of the plaintiffs was sustained.

MARCH 1, 1961

No. 65223.—National Carloading Corp. v. United States, protest 59/6553–10549.— —C.D. 2224.  Motion of Government for rehearing granted by Judges RAO and FORD.  LAWRENCE, J., dissented.

No. 65224.—Semon Bache & Company v. United States, protest 59/16431.— Plaintiff's application for rehearing granted.

No. 65225.—Ross Products, Inc. v. United States, protest 59/22894.  Protest abandoned January 13, 1961.  (Not published.)  (Initial No. 295035–K.) Plaintiff's application for rehearing granted.

FEBRUARY 28, 1961

No. 65226.—SUIT 5027.—Ross Products, Inc. v. United States.— —C.D. 2124 affirmed November 3, 1960.  C.A.D. 752.

No. 65227.—SUIT 5036.—Lador, Inc. v. United States.— —Abstract 63602 affirmed November 3, 1960.  C.A.D. 753.

No. 65228.—SUIT 5042.—United States v. Clarence S. Holmes, a/c Best Products Mfg. Co.— C.D. 2161.  (Appeal dismissed on motion October 10, 1960.)

MARCH 1, 1961

No. 65229.—SUIT 5021.—United States v. Victoria Gin Co., Inc., and W. H. Morton.— —C.D. 2121 reversed November 17, 1960.  C.A.D. 759.

No. 65230.—SUIT 5034.—United States (American Sponge & Chamois Co., Inc., Party in Interest) v. Nylonge Corporation.— C.D. 2144 affirmed November 17, 1960.  C.A.D. 764.